MICHAEL J. GILLIGAN (State Bar No. 115658)
JAMES HAZLEHURST (State Bar No. 257711)
17911 Von Karman Ave., Suite 300
Irvine, California 92614-6253
(949) 622-4343
FAX: (949) 622-5756

Attorney for Fidelity National Title Insurance Company

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE

| | |
|---|---|
| IN RE ROBIN D. BREANDA,<br>Chapter 7 Debtor | Case No. 6:10-bk-20138-MJ<br>Chapter 7<br>Adv. Proc. No. 6:10-ap-01450-MJ |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br>ROBIN D. BREANDA,<br>Defendants. | Judge Meredith Jury<br><br>JUDGMENT PURSUANT TO STIPULATION FOR DAMAGES AND DECLARING JUDGMENT TO BE NON-DISCHARGEABLE |

The parties having entered into a Stipulation on Plaintiff's Complaint for Damages Arising from Fraud and to Determine Dischargeability of Debt, and the court having approved the Stipulated Judgment at a noticed, unopposed hearing on May 19, 2011, and good cause appearing:

THE COURT HEREBY ORDERS AND ADJUDGES AS FOLLOWS:

1. Fidelity National Title Insurance Company has Judgment against the Defendant, Robin D. Breanda in the sum of $100,000.00.

2. Said judgment for $100,000.00 is non-dischargeable pursuant to 11 U.S.C. § 523 (a)(2).

3. Fidelity National Title Insurance Company shall not enforce or execute on said Judgment and said Judgment shall not accrue interest subject to

Main Document      Page 2 of 3

the following:

    a.    Defendant, Robin D. Breanda shall make payments of $1,000.00 per month on or before the 1st day of each month beginning the second month after Judgment is entered.

    b.    If payment is not made on or before the 1st day of each month, then Plaintiff shall notify Defendant of such default by First Class Mail. If said default is not cured within 10 days of the notice of default being sent, then there is an uncured default and Plaintiff shall be entitled to enforce or execute on the Judgment and the Judgment shall bear interest at 10% per annum.

    c.    If the Defendant is in default and cures two times, there is no right to cure a 3rd default. Upon a 3rd default, Plaintiff may enforce or execute on the judgment without further notice to the Defendant and the unpaid balance of the judgment shall bear interest at 10% per annum.

    d.    All payments and/or notices by Defendant to Plaintiff shall be sent First Class Mail to:

Fidelity National Law Group
17911 Von Karman Ave., Suite 300 Irvine California 92614
Attn: Michael J. Gilligan

    e.    All notices to Defendant, by Plaintiff, shall be sent to Defendant by First Class Mail to:

Robin D. Breanda
77320 Florida Avenue Palm Desert, CA 92211

    f.    In the event either party desires to change their address, written notice must be provided to the opposing party 30 days prior to the effective date.

Dated: 6-30-11

_____
United States Bankruptcy Judge

Suite 300
Irvine, CA 92614-6253

-2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Fidelity National Law Group, 17911 Von Karman Ave., Suite 300, Irvine, California 92614

A true and correct copy of the foregoing document described as <u>STIPULATED JUDGMENT FOR DAMAGES, ETC.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>May 19, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Robin D. Breanda, 77320 Florida Ave., Palm Desert, CA 92211

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 19, 2011</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
U.S. Trustee (RS) ustpregion16.rs.ecf@usdoj.gov; Helen R. Frazer (TR) hfrazer@aalrr.com, mbuenaventura@aalrr.com; hfrazer@ecfepiqsystems.com; Judge Meredith Jury, U.S. Bankruptcy Court, Central District of California, Ctrm 301, 3420 Twelfth Street, Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2011 | Barbara Payne | *Barbara Payne* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE
F9013.1